John O. Neblett
D-04841
San Quentin ST Prison
San Quentin, CA

To Whom it may Concern,

Enclosed Filing Fee Payment for Case No CV 08 3545 SI

Robert Neblett

Northern District Court

**FILED**

AUG 0 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022099
Cashier ID: sprinka
Transaction Date: 08/06/2008
Payer Name: robert neblett
------------------------------------
WRIT OF HABEAS CORPUS
 For: john neblett
 Case/Party: D-CAN-3-08-CV-003541-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 12803288578
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

si 08-3541
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680