UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN NEBLETT,

        Plaintiff,

v.

ROBERT L AYERS JR. et al,

        Defendant.
                              /

Case Number: CV08-03545 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Neblett
CSP-San Quentin, San Quentin State Prison
D-04841
San Quentin, CA 94974

Dated: March 16, 2010

Richard W. Wieking, Clerk
By: Tracy Porakis, Deputy Clerk