UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NEBLETT, | No. C 08-3545 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT L. AYERS, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied.  Judgment is hereby entered in favor of Respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: March 15, 2010

_____
SUSAN ILLSTON
United States District Judge