1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN NEBLETT,

           Petitioner,

   v.

ROBERT L. AYERS, JR., Warden,

           Respondent.

_____/

No. C 08-3545 SI (PR)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

     The Court denied the petition filed in the above-titled action, and entered judgment for respondent.  A certificate of appealability will not issue.  Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Petitioner may seek a certificate of appealability from the Court of Appeals.

     **IT IS SO ORDERED**.

DATED:  October 1, 2010

                        _____
                           SUSAN ILLSTON
                     United States District Judge